UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CHINYE MICHAEL ONWUEMENE | § § § |
| *Plaintiff,* | § § |
| v. | §  CIVIL ACTION NO. 4:14-CV-1031 |
| | § § |
| TEXAS SOUTHERN UNIVERSITY, | § § § |
| *Defendant.* | |

## ORDER

Pending before the Court is Defendant Texas Southern University's Motion to Dismiss. (Doc. No. 4). For the reasons set forth at a hearing before the Court on September 30, 2014, Defendant's Motion is **GRANTED**. Plaintiff's lawsuit is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

**SIGNED** in Houston, Texas, on this the thirtieth day of September, 2014.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE